■ BETHLEHEM STEEL CORPORATION, Respondent, v UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, and IDA M. ALEKNA et al., Intervenors.—Motion to reinstate appeal dismissed as unnecessary. Memorandum: We have no record that the appeal has been dismissed. Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ. (Entered June 30, 1992.)

■ RUDOLPH F. KARASEK et al., Respondents, v EDWARD R. HALLENBECK, JR., et al., Individually and Constituting the Town Board of the Town of Van Buren, et al., Appellants.— Motion to vacate statutory stay or for other relief denied. Memorandum: Petitioners' motion pursuant to CPLR 5519 (c) is unnecessary. The taking of the appeal did not automatically vacate the temporary restraining order and the same remains in effect (see, Crane v New York Council 66, 101 AD2d 682). Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ. (Entered June 26, 1992.)

■ PETER S., Petitioner, v CHERYL S., Respondent. CHRISTOPHER S. et al., Appellants.—Motion for extension of time granted. Memorandum: Absent unforeseen or extraordinary circumstances, no further extension will be granted. Present— Denman, P. J., Callahan, Boomer, Balio and Doerr, JJ. (Entered June 26, 1992.)

■ In the Matter of ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of DAPHNEY HOLMES, Respondent, v NABEEL ABDALLAH, Also Known as BILLY ABDALLAH, Appellant.— Motion to dismiss appeals denied. Memorandum: Petitioner failed to prove the date it served respondent with a copy of the order of August 28, 1991 with notice of entry (see, Hamlin v Kirnan, 181 AD2d 1077). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. (Entered July 6, 1992.)